United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH DEL VALLE DIAZ SALAZAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02843 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER OF DISMISSAL

Petitioner Elizabeth Del Valle Diaz Salazar, a native and citizen of Venezuela, filed this immigration habeas petition under 28 U.S.C. § 2241 to challenge her ongoing immigration detention. Doc. No. 1. The uncontroverted summary judgment evidence shows that Petitioner has not been admitted to the United States and, therefore, is an applicant for admission under 8 U.S.C. § 1225(b) subject to mandatory detention. *See* Doc. No. 8-1. The Fifth Circuit's holdings in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026), and *Sosnava Rodriguez v. Vergara*, --- F.4th ----, No. 26-50183, 2026 WL 3181188, at *9 (5th Cir. Oct. 23, 2026) (*en banc*), foreclose the petitioner's claims for habeas relief.

Accordingly, the Court **ORDERS** as follows:

1. Respondent's motions for an extension of time (Doc. No. 7) and for summary judgment (Doc. No. 8) are **GRANTED**.

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED.**

3. Petitioner's pending motions (Doc. Nos. 2, 3, and 10) are **DENIED**.

4. All other pending motions, if any, are **DENIED as MOOT**.

5. This case is **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SIGNED this 4th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE